The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AFRODITA ASANACHESCU, individually, and CRISTIAN C. ASANACHESCHU, individually and as personal representative of the ESTATE OF MARIUS CRISTIAN ASANACHESCHU, deceased<br><br>        Plaintiffs,<br><br>    v.<br><br>CLARK COUNTY, a municipal corporation, CONMED, INC., a Maryland corporation, GARRY E. LUCAS, JACKIE M. WEBSTER, NEAL A. KARLSEN, PAUL E. FLORES, RANDAL J. TANGEN, ERIC L. BJORKMAN, ELISSA M. BLACK, JAMES M. BURNS, KENT R. CARROLL, DANIEL R. CLUZEL, LUKE A HATCHER, CHERYL J. TAYLOR, DANIEL M. GORECKI, MD, JAMES E. DOUGLAS, MD, NEAL J. RENDLEMAN, MD, KARIN M. PREST, JULIE R. WEIGAND, YULIYA A. LEONTYUK, HEIDI E. RICHARDS, KELLE J. PRICE and MARITZA D. HERNANDEZ,<br><br>        Defendants. | NO. C13-5222-BHS<br><br>ORDER DISMISSING CLARK COUNTY DEFENDANTS' CROSS CLAIM AGAINST CONMED, INC.<br><br>[CLERK'S ACTION REQUIRED] |

This matter came before the above-entitled court upon the stipulated motion of the defendants Clark County, Garry E. Lucas, Jackie M. Webster, Neal A. Karlsen, Paul E. Flores, Randal J. Tangen, Eric L. Bjorkman, Elissa M. Black, James M. Burns, Kent R. Carroll, Daniel

ORDER DISMISSING CLARK COUNTY DEFENDANTS' CROSS CLAIM AGAINST CONMED, INC. - 1
(C13-5222 BHS)

**Williams, Kastner & Gibbs PLLC**
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

4649674.1

1  R. Cluzel and Luke A. Hatcher ("Clark County defendants") and defendant Conmed, Inc. for the

2  entry of an order dismissing the Clark County defendants cross claim against Conmed, Inc. with

3  prejudice and without an award of any costs or fees.

4      The court has considered the motion and ORDERS that:

5      The Clark County defendants cross claim against Conmed, Inc. is hereby dismissed with

6  prejudice and without an award of any costs or fees.

7      ENTERED this 19th day of March, 2014.

8

9

10

11      _____
    BENJAMIN H. SETTLE

12      United States District Judge

13

14

15

16  s/ Todd W. Reichert, WSBA #35557
Eric J. Neiman, WSBA #14473

17  Todd W. Reichert, WSBA #35557
Attorneys for Defendants Conmed, Inc.,

18  Cheryl J. Taylor, Daniel M. Gorecki, MD,
James E. Douglas, MD, Karin M. Prest,

19  Julie R. Weigand, Yuliya A. Leontyuk,
Heidi E. Richards, Kelle J. Price, and

20  Maritza D. Hernandez

21  WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600

22  Portland, OR  97204-2025
Telephone:  (503) 228-7967

23  Fax:  (503) 222-7261
Email: eneiman@williamskastner.com

24      treichert@williamskastner.com

25

ORDER DISMISSING CLARK COUNTY DEFENDANTS' CROSS
CLAIM AGAINST CONMED, INC. - 2
(C13-5222 BHS)

**Williams, Kastner & Gibbs PLLC**
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

4649674.1

1  /s/ John E. Justice, WSBA #23042
   John E. Justice, WSBA #23042
2  Attorneys for Clark County Defendants

3

4  LAW LYMAN DANIEL KAMERRER & BOGDANOVICH
   PO Box 11880
5  Olympia, WA  98508-1880
   Telephone:  (360) 754-3480
6  Fax:  (360) 357-3511
   Email:  jjustice@lldkb.com

7

8  /s/ Robert W. Novasky, WSBA #21682
   Robert W. Novasky, WSBA #21682
9  Attorneys for Defendant Neal A. Karlsen

10 FORSBERG & UMLAUF, PS
   One N. Tacoma Ave., Suite 200
11 Tacoma, WA  98403
   Telephone:  (253) 572-4200
12 Fax:  (253) 627-8408
   Email:  rnovasky@forsberg-umlauf.com

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER DISMISSING CLARK COUNTY DEFENDANTS' CROSS CLAIM AGAINST CONMED, INC. - 3
(C13-5222 BHS)

**Williams, Kastner & Gibbs PLLC**
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

4649674.1