The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AFRODITA ASANACHESCU, individually, and CRISTIAN C. ASANACHESCHU, individually and as personal representative of the ESTATE OF MARIUS CRISTIAN ASANACHESCHU, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a municipal corporation, CONMED, INC., a Maryland corporation, GARRY E. LUCAS, JACKIE M. WEBSTER, NEAL A. KARLSEN, PAUL E. FLORES, RANDAL J. TANGEN, ERIC L. BJORKMAN, ELISSA M. BLACK, JAMES M. BURNS, KENT R. CARROLL, DANIEL R. CLUZEL, LUKE A HATCHER, CHERYL J. TAYLOR, DANIEL M. GORECKI, MD, JAMES E. DOUGLAS, MD, NEAL J. RENDLEMAN, MD, KARIN M. PREST, JULIE R. WEIGAND, YULIYA A. LEONTYUK, HEIDI E. RICHARDS, KELLE J. PRICE and MARITZA D. HERNANDEZ,<br><br>Defendants. | NO. C13-5222-BHS<br><br>ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT CONMED, INC. |

This matter came before the above-entitled court upon the stipulated motion of the plaintiffs and defendant Conmed, Inc. for the entry of an order dismissing the plaintiffs' claims against Conmed, Inc. with prejudice and without an award of any costs or fees.

ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST
DEFENDANT CONMED, INC. - 1
(C13-5222 BHS)

**Williams, Kastner & Gibbs PLLC**
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

4717471.1

1  The court has considered the motion and ORDERS that:

2  The plaintiffs' claims against Conmed, Inc. are hereby dismissed with prejudice and

3  without an award of any costs or fees.

5  **ENTERED** this 2nd day of April, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

10  s/ Todd W. Reichert, WSBA #35557
Eric J. Neiman, WSBA #14473
11  Todd W. Reichert, WSBA #35557
Attorneys for Defendants Conmed, Inc.,
12  Cheryl J. Taylor, Daniel M. Gorecki, MD,
James E. Douglas, MD, Karin M. Prest,
13  Julie R. Weigand, Yuliya A. Leontyuk,
Heidi E. Richards, Kelle J. Price, and
14  Maritza D. Hernandez

15  WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600
16  Portland, OR 97204-2025
Telephone: (503) 228-7967
17  Fax: (503) 222-7261
Email: eneiman@williamskastner.com
18         treichert@williamskastner.com

20  s/ William F. Nelson, WSBA #1013
William F. Nelson, WSBA #1013
21  Attorneys for Plaintiffs

22  BAUMGARTNER, NELSON & WAGNER, PLLC
112 W. 11th Street, Suite 150
23  Vancouver, WA 98660
(360) 694-4344
24  (360) 694-6075 fax
Email: wnelson@bnw-law.com

25

ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT CONMED, INC. - 2
(C13-5222 BHS)

4717471.1

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

1  s/David P. Meyer, WSBA #19643
   David P. Meyer, WSBA #19643
2  Attorneys for Plaintiffs

3  DAVID P. MEYER, P.C.
   621 SW Morrison Street, Suite 900
4  Portland, OR  97205-3823
   Telephone:  (503) 224-1096
5  Email: dpmeyer@meyerlaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST
DEFENDANT CONMED, INC. - 3
(C13-5222 BHS)

**Williams, Kastner & Gibbs PLLC**
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

4717471.1